dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-268-CV

HERITAGE ADMINISTRATIVE COMPANY, INC.
        APPELLANT
    
                    
 

V.

DENT ZONE NETWORK, L.L.C., DENT ZONE
 APPELLEES

INTERNATIONAL, INC., KEITH KAHN,

INDIVIDUALLY, AND TROY GOOD, INDIVIDUALLY

----------

FROM THE 393
RD
 DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).  

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. 

PER CURIAM 

PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED: February 26, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.